638

G. R. High v. R. G. Lydy, Inc. and R. L. Hughes, appellants. Finance Credit Corporation, appellee. Gen. No. 37,883.

Opinion filed April 1, 1935. Rehearing denied April 15, 1935.

Markheim, Parker & Miller, for appellants; Wallace R. Sollo, of counsel. I. W. Kaufman, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

John H. Steinberger, appellee, v. Marion S. Fink, appellant. Gen. No. 37,891.

Opinion filed April 1, 1935.

Pringle & Fearing, for appellant. Welch & Hoffman, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Chicago Title and Trust Company, complainant, v. William Walsh et al., defendants.

Walter A. Hagen, appellee, v. William L. O'Connell, appellant. Gen. No. 37,908.

Opinion filed April 1, 1935.

Markman, Donovan & Sullivan, for appellant; Charles E. Loy and John A. O'Neil, of counsel. John W. Morsbach, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Harry Cross, appellee, v. Missouri Insurance Company, appellant. Gen. No. 37,987.

Opinion filed April 1, 1935.

Channing L. Sentz, for appellant. John R. McCabe and Harry Hoffman, for appellee.

Mr. Justice McSurely delivered the opinion of the court.